**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6908**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

REINALDO LOZANO, a/k/a Ray,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Henry C. Morgan, Jr., District Judge.  (CR-86-35-NN)

---

Submitted:  August 30, 2000        Decided:  September 11, 2000

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Reinaldo Lozano, Appellant Pro Se.  Mark Anthony Exley, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reinaldo Lozano appeals the district court's order denying his motion to reconsider the denial of his motion to correct his sentence. We have reviewed the record and the district court's opinion and order and find no reversible error. See United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). Accordingly, we grant Lozano leave to proceed in forma pauperis, and affirm the district court's denial of his motion to reconsider. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2